UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. STEELE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv104-MMA-LL<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO TELEPHONIC** |

On March 9, 2020, the Court scheduled an Early Neutral Evaluation Conference ("ENE") and a Case Management Conference ("CMC") in this matter for **April 13, 2020** at **10:00 a.m.** ECF No. 8. Due to public health concerns and pursuant to Chief Judge Burns' Order ["CJO #18"][1], the Court **CONVERTS** the ENE and CMC into telephonic conferences for all attendees. To facilitate the telephonic format of these conferences, the Court **ORDERS** the following:

1.　　The Court will begin the ENE on its teleconference line. Counsel shall use

---

[1] CJO #18 is available on the Court website at
https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf.

the dial-in information that will be filed by the Court as a **separate notice** on the docket. **The notice will be restricted to case participants only.**

    2. Counsel and parties or client representatives **with full settlement authority** for each party must be **immediately available by telephone** for the duration of the ENE.

    3. Throughout this window of time, the Court will initiate separate, confidential calls with Plaintiff and Defendant, respectively. Each party must provide the Court with a single phone number to use to initiate these calls, with both counsel and parties or representatives already conferenced in and ready to engage in settlement discussions. Counsel must email the Court at efile_lopez@casd.uscourts.gov no later than **April 3, 2020** to provide each party's preferred phone number for the ENE and CMC and any other necessary call-in information for the Court (i.e., conference line passcodes).

    4. If the case does not settle through the telephonic ENE process, the Court will hold the CMC on its teleconference line immediately following the ENE. The Court will notify counsel for each side to call in to the teleconference line for the CMC at the appropriate time.

    5. Failure to participate may result in the imposition of sanctions. All other deadlines and requirements remain as previously set. See ECF No. 8.

    **IT IS SO ORDERED.**

Dated: March 20, 2020

Honorable Linda Lopez
United States Magistrate Judge