# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. STEELE,<br><br>                      Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                      Defendant. | Case No. 20-cv-104-MMA (LL)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

The parties filed a joint motion to dismiss the action, including all claims and counterclaims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 15. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action, including all claims and counterclaims against all parties, **with prejudice**. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety. Each party bears its own attorneys' fees and costs.

      **IT IS SO ORDERED**.

Dated: May 12, 2020

                                                    HON. MICHAEL M. ANELLO
                                                    United States District Judge